### UNION TRUST CO v NUSBAUM

Ohio Appeals, 8th Dist, Cuyahoga Co

No. 10,144.   Decided October 14, 1929

Oliver Stamper, Esq., Cleveland, for Union Trust Co.

P. L. Horwitz, Esq., Cleveland, for Nusbaum.

**LEVINE, J.**

It will be observed that on May 15th the obligation of the note did not yet mature and, in our opinion, The Union Trust Company could not apply the money in its hands to the payment of a note which as yet did not mature.

The judgment of the Municipal Court is, in our opinion, correct, and the same is affirmed.

Vickery, PJ, concurs. Sullivan, J, not participating.